

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00274-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07984-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 17, 2021.

_____
Beth Watkins, Justice